# Court of Appeals
# of the State of Georgia

ATLANTA,    July 13, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0320.  REBECCA TETER, et al. v. LEAF FINANCIAL CORPORATION.**

In this breach of contract action, the trial court granted Leaf Financial Corporation's motion for partial summary judgment on the issue of Rebecca Teter's liability as a guarantor of the contract.  Teter seeks interlocutory review of the trial court's order.

Under OCGA § 9-11-56 (h), the grant of partial summary judgment on any issue or as to any party is reviewable by direct appeal.  *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985).  Thus, the order that Teter seeks to appeal is directly appealable and not subject to the interlocutory appeal requirements.  "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 602 SE2d 246 (2004). Accordingly, this application is ordered GRANTED.

Teter shall have ten days from the date of this order to file a notice of appeal in the trial court, if one has not already been filed. The trial court clerk is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/13/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*